**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-25419-CIV-ALTONAGA**

**ALOUNSY KHAMMANIVONG**,

Petitioner,

v.

**JOSEPH B. EDLOW, DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT**, *et al.*,

Respondents.
_________________________________/

# ORDER

**THIS CAUSE** came before the Court on Petitioner, Alounsy Khammanivong's Emergency Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. [Section] 2241 [ECF No. 1], filed on November 20, 2025. Petitioner challenges his detention in the custody of U.S. Immigration and Customs Enforcement and seeks "immediate release[.]" (Pet. 6 (alteration added); *see generally id.*).[1] As explained below, the Court concludes this District is the improper venue for the Petition.

"Section 2241 petitions may be brought only in the district court for the district in which the inmate is incarcerated." *Fernandez v. United States*, 941 F.2d 1488, 1495 (11th Cir. 1991); *see also United States v. Lassiter*, 812 F. App'x 896, 900 (11th Cir. 2020) ("Under the plain language of [section] 2241, 'jurisdiction lies in only one district: the district of confinement.'" (alteration added; quoting *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004))). Petitioner alleges he is detained at the Everglades Detention Facility in Ochopee, Florida. (*See* Pet. ¶ 11). Ochopee, Florida, is in

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

Collier County, which lies in the Middle District of Florida. *See* 28 U.S.C. § 89(b).[2] Because Petitioner is confined in the Middle District of Florida, "[a]ny other district court lacks jurisdiction" over the Petition. *United States v. Brown*, 748 F. App'x 286, 287 (11th Cir. 2019) (alteration added; citing *Fernandez*, 941 F.2d at 1495).

Accordingly, it is

**ORDERED** that the Clerk is directed to **TRANSFER** this case to the United States District Court for the Middle District of Florida, Fort Myers Division. *See* M.D. Fla. L.R. 1.04(a). Upon transfer, the Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in Miami, Florida, this 20th day of November, 2025.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record

[2] Public records contradict the Petition, stating that as of November 20, 2025, Petitioner is detained at the Glades County Detention Center. *See* https://locator.ice.gov/odls/#/details (country of birth: Laos). In any event, the Glades County Detention Center is located in Moore Haven, Glades County, Florida, which is also in the Middle District of Florida. *See* 28 U.S.C. § 89(b).